Case 1:26-cv-02805-CM Document 15 Filed 07/31/26 Page 1 of 1

STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Marina Moraru
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/31/2026

July 31, 2026

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Ok, extension granted.
Colleen McMahon
7/31/2026

Re: *N.K. et al., v. New York City Public Schools*, 26-cv-2805 (CM)(SDA)

Dear Judge McMahon:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 3-week extension of Defendant's time to respond to the Complaint, from August 4 to August 25, 2026. This is the second request for an extension, the first extension having been granted on May 5, 2026. (ECF 10) Defendants presented a final written offer of settlement on July 24, 2026, which Plaintiffs are reviewing. The requested extension should allow the parties the necessary time to finalize settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due August 4. 2026 until August 25, 2026 as well. Plaintiffs consent to these requests.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to August 25, 2026, with a joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

/s/ *Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood (via ECF)